UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SUSAN D. LEVIN

   Plaintiff,

             v.                           C.A. NO. 1-21-cv-00038-MSM-PAS

BANK OF AMERICA, NA

   Defendant

**STIPULATION REGARDING DEFENDANT'S MOTION TO DISMISS**

It is hereby stipulated and agreed that the time within which Plaintiff, Susan D. Levin, shall answer or otherwise respond to the Motion to Dismiss filed herein by Bank of America, N.A., is hereby extended to and including April 19, 2021.

| SUSAN D. LEVIN,<br>By her Attorney,<br><br>/s/ David L. Graham<br>David L. Graham (#3034)<br>840 Smithfield Avenue, Suite 204<br>Lincoln, RI  02865<br>(401) 861-4056<br>(401) 475-3822 (Fax)<br>DGraham554@aol.com | BANK OF AMERICA, N.A.<br>By its Attorneys,<br><br>/s/ Justin J. Shireman<br>Justin J. Shireman (#7779)<br>Wilson Esler Moskowitz Edelman & Dicker LLP<br>260 Franklin Street<br>14th Floor<br>Boston, MA 02110<br>(617) 422-5307<br>Fax: (617) 423-6917<br>justin.shireman@wilsonelser.com |
|---|---|

Dated:  April 9, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of April, 2021, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

Parties Served:

Justin J. Shireman
Wilson Esler Moskowitz Edelman & Dicker LLP
260 Franklin Street
14th Floor
Boston, MA 02110


                                                                           /s/ David L. Graham