# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF RHODE ISLAND

Susan D. Levin

                            v.                    1:21-cv-38-MSM

Bank of America

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

Judgment is hereby entered pursuant to this Court's Order of January 28, 2022.

It is so ordered.

January 28, 2022                    By the Court:

                                        /s/ Hanorah Tyer-Witek
                                        Clerk of Court